Form 8 (10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Teresa L Bruner**      Case No. **08-72632**

Debtor(s)      Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Location: 896 Canterbury Drive, Crystal Lake IL** | **Citimortgage Inc** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Location: 896 Canterbury Drive, Crystal Lake IL** | **Countrywide Home Lending** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date **September 10, 2008**      Signature **/s/ Teresa L Bruner**

                                                               **Teresa L Bruner**
                                                               Debtor