B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 08–72632**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Teresa L Bruner
   896 Canterbury Drive
   Crystal Lake, IL 60014

Social Security No.:
   xxx–xx–4830

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated:  November 26, 2008            Kenneth S. Gardner, Clerk
                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores           Page 1 of 1            Date Rcvd: Nov 26, 2008
Case: 08-72632               Form ID: b18             Total Served: 32

The following entities were served by first class mail on Nov 28, 2008.
db          +Teresa L Bruner,   896 Canterbury Drive,   Crystal Lake, IL 60014-7804
aty         +Erick J Bohlman,   Bohlman Law Offices, PC,   111 South Virginia Street,
             Crystal Lake, IL 60014-5853
12598770    +Advocate Good shepherd Hospital,   450 West Highway 22,   Barrington IL 60010-1999
12522848     Aes/nct,   Reinsurance Dept Bankruptcy,   Unit 120 N 7th,   St Harrisburg, PA 17102
12598771    +Alpine Family Physicians,   350 Surryse Road Ste 100,   Lake Zurich IL 60047-3217
12522850    +Cap One,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
12598772    +Centegra Helath System,   3707 Doty Road,   Woodstock IL 60098-7530
12522851     Citimortgage Inc,   Attention: Bankruptcy Department,   Po Box 79022, Ms322,
             St. Louis, MO 63179
12598773    +Cogent Healthcare of Iowa,   POB 974451,   Dallas TX 75397-4451
12522852    +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
             Simi Valley, CA 93062-5170
12598774     Gastroenterology & Internal Med Sp,   22285 Pepper Road Ste 311,   Barrington IL 60010
12522853    +Infibank,   Po Box 3412,   Omaha, NE 68197-0001
12522854    +Iowa Student Loan,   Ashford Building,   6775 Vista Dr West,   Des Moines, IA 50266-9305
12598776    +Lake Cook Orthopedics,   27401 W Hwy 22 Stuite #125,   Barrington IL 60010-5934
12522855    +Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
12522856    +Lane Bryant Retail/soa,   450 Winks Ln,   Bensalem, PA 19020-5932
12598777    +Northwest Community Hospital,   880 W Central Rd,   Arlington Heights IL 60005-2355
12522859    +Pnc Mortgage Servicing,   Po Box 37560,   Louisville, KY 40233-7560
12522860    +Rnb-fields3,   Attn.: Bankruptcy,   6356 Corley Rd,   Norcross, GA 30071-1704
12522861    +Rshk/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
12522864    +Sears/cbsd,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
12522862    +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
12522863    +Sears/cbsd,   Po Box 20363,   Kansas City, MO 64195-0363
12598779     Surgeons Ltd,   Hwy 22 Suite 130,   Barrington IL 60010
12522867    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,   Attn: Bankruptcy Dept.,   P.O. Box 5229,
             Cincinnati, OH 45201)
12522868    +Washington Mutual Fa,   Attention: Bankruptcy Dept. JAXA 2035,   7255 Bay Meadows Way,
             Jacksonville, FL 32256-6851
12598780    +Wellington Radiology,   39006 Treasury Center,   Chicago IL 60694-9000

The following entities were served by electronic transmission on Nov 27, 2008.
tr          +E-mail/Text: KATHY@EGBBL.COM                          Megan G Heeg,
             Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
12522849     EDI: BANKAMER.COM Nov 26 2008 22:38:00    Bank Of America,   4060 Ogletown/Stanton Rd,
             Newark, DE 19713
12598775     EDI: CBSKOHLS.COM Nov 26 2008 22:38:00    Kohl's,   POB 2983,   Milwaukee WI 53201-2983
12522857    +E-mail/Text: bankrup@nicor.com                        Nicor Gas,
             Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
12522866    +EDI: WTRRNBANK.COM Nov 26 2008 22:38:00    Target,   Po Box 9475,   Minneapolis, MN 55440-9475
12522867     EDI: USBANKARS.COM Nov 26 2008 22:38:00    Us Bank,   Attn: Bankruptcy Dept.,   P.O. Box 5229,
             Cincinnati, OH 45201
                                                                             TOTAL: 6


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12522858     Oak Brook Bank
12598778     St Lukes Hospital
12522865     Suntrust Bank
                                                                             TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2008**                    **Signature:**   _Joseph Speetjens_